IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS SEBASTIAN,<br><br>Plaintiff<br><br>v.<br><br>MILLCREEK TOWNSHIP, a municipal corporation, JOSE DELGADO, JR., an individual and JASON SHRADER, an individual,<br><br>Defendants | NO. 1:23-CV-00002<br><br><br>JURY TRIAL OF 12 DEMANDED |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)

Plaintiff, Thomas Sebastian, by his attorney, Richard E. Filippi, and Defendants, by their counsel, Patrick M. Carey, hereby stipulate to the dismissal of all claims against all Defendants, with prejudice.

Respectfully submitted,

FILIPPI LAW, P.C.

BY _____
Richard E. Filippi, Esquire
102 East 4th Street
Erie, PA 16507
*Attorney for Plaintiff*

It is so ordered this 5th day of January, 2024.

_____
United States District Judge

Agreed:

By _____
Patrick M. Carey, Esquire
Marshall Dennehey, P.C.
717 State Street, Suite 701
Erie, PA 16501
*Attorney for Defendants*

LEGAL/158222297.v1